■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NIREAIR JEFFERSON, Appellant. [960 NYS2d 655]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Condon, J.), imposed August 22, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Under the circumstances of this case, including the defendant's " 'age, experience and background' " (*People v Bradshaw*, 18 NY3d 257, 264 [2011] [emphasis omitted], quoting *People v Seaberg*, 74 NY2d 1, 11 [1989]), the defendant validly waived his right to appeal (*see People v Lopez*, 6 NY3d 248, 254-255 [2006]; *People v Panlall*, 4 AD3d 540, 541 [2004]; *cf. People v Bradshaw*, 18 NY3d 257 [2011]). The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d at 264-267; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d at 255). Mastro, J.P., Skelos, Roman and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVED KHAN, Appellant. [960 NYS2d 655]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 6, 1994 (*People v Khan*, 200 AD2d 129 [1994]), affirming a judgment of the Supreme Court, Queens County, rendered March 15, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Angiolillo, J.P., Dickerson, Chambers and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v KEVIN KRUGER, Defendant. [960 NYS2d 660]—Application by the defendant for a writ of error coram nobis seeking leave to file a late application for leave to appeal to the Court of Appeals from a decision and order of this Court dated December 1, 2009, affirming a judgment of the County Court, Orange County, rendered March 22, 2007.

Ordered that the application is denied.

Contrary to the defendant's contention, *People v Syville* (15 NY3d 391 [2010]) does not afford him the relief requested. Eng, P.J., Dillon, Angiolillo and Miller, JJ., concur.